IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| JAMES ANTHONY JACKSON, | |
| Plaintiff, | CIVIL ACTION NO.: 6:22-cv-29 |
| v. | |
| NURSE LYNN SEAMANS; CAPTAIN KENNETH THOMPSON; NOEL BROWN; and NURSE SEAN BLALOCK, | |
| Defendants. | |

## ORDER

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation. Doc. 41. Plaintiff did not file Objections to the Report and Recommendation. In fact, this Court's mailing was returned as undeliverable, with the notations: "Gone" and "Return to Sender, Not Deliverable as Addressed, Unable to Forward." Doc. 42 at 14. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **GRANTS** Defendants' Motions to Dismiss, docs. 24, 32, **DISMISSES without prejudice** Plaintiff's Complaint based on his failure to exhaust his administrative remedies, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Plaintiff leave to proceed *in forma pauperis* on appeal.

**SO ORDERED**, this 25th day of April, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA