AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JAMES ANTHONY JACKSON,

Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV622-29

NURSE LYNN SEAMANS; CAPTAIN KENNETH THOMPSON; NOEL BROWN; and NURSE SEAN BLALOCK,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated April 25, 2023, the Report and Recommendation is adopted as the opnion of the Court.  The Court grants Defendants' Motions to dismiss and dismisses the complaint without prejudice.  Plaintiff's leave to proceed in forma pauperis on appeal is denied.



| 4/25/23 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
| | *(signature)* |
| | (By) Deputy Clerk |

GAS Rev 10/2020